UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNAL REVENUE SERVICE
ex rel. JAKE WADE WARREN,

       Plaintiff,

v.                              CASE NO.  8:13-CV-3025-T-17MAP

UNITED STATES OF AMERICA
and STEVEN D. MERRYDAY,
U.S. DISTRICT JUDGE,

       Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 14    Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation on Plaintiff's Motion For Leave to Appeal IFP (Dkt. 13), in which it is recommended that the Motion be denied.

The Court has independently considered the pleadings and the record.  No objections to the Report and Recommendation have been filed.   After consideration, the Court adopts the Report and Recommendation and incorporates it by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and is **incorporated by reference.**  Plaintiff's Motion For Leave to Appeal IFP (Dkt. 13) is **denied**.

Case No. 8:13-CV-3025-T-17MAP

**DONE and ORDERED** in Chambers, in Tampa, Florida on this
22nd day of April, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

All parties and counsel of record